IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-cr-00131-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE RUIZ MARCOS,

    Defendant.

ORDER

This matter comes before the court on a "Motion for Early Disposition Program Downward Variance or Downward Departure" filed pro se by the Defendant [DE 17]. Defendant is and has been represented by counsel in this case since June 16, 2025. DE 10, 14. The court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)).

Therefore, the motion is DENIED WITHOUT PREJUDICE. If Defendant, through his counsel, wishes to file (or re-file) his motion, the court will consider such motion.

SO ORDERED this 20th day of August, 2025.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE